UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-81528-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

THE PEP BOYS MANNY, MOE & JACK, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 17]. The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED** as follows:

1. The Stipulation [DE 17] is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. The parties shall bear their own costs and fees except as provided for in the parties' settlement agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of March, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE